1  LAURA E. DUFFY
   United States Attorney
2  MELANIE K. PIERSON
   Assistant U.S. Attorney
3  California State Bar No. 112520
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 546-7976/Fax: (619) 546-0450
   Email: melanie.pierson@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   Criminal Case No. 12-CR-03734-WQH
                                       )
11            Plaintiff,               )
                                       )   NOTICE OF APPEARANCE
12        v.                           )
                                       )
13  MARTIN PAUL BEAN, III,             )
                                       )
14            Defendant.               )
                                       )
15  _____  )

16       TO:  THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under

19  CivLR 83.3.c.3-4.

20       The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

22  for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

23  case:

24       Name              Cal. Bar No.      Telephone No.    Email Address

25       Melanie K. Pierson    112520        (619) 546-7976   Melanie.Pierson@usdoj.gov

26  ////

27  ////

28  ////

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

<u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

<u>Name</u>                    <u>Cal. Bar No.</u>          <u>Telephone No.</u>      <u>Email Address</u>

None.

Please call me if you have any questions about this notice.

DATED: September 20, 2012           Respectfully submitted,

LAURA E. DUFFY
United States Attorney

<u>s/ Melanie K. Pierson</u>
MELANIE K. PIERSON
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Melanie.Pierson@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-CR-03734-WQH |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| MARTIN PAUL BEAN, III, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, MELANIE K. PIERSON, am a citizen of the United States and am at least 18 years of age. My business address is 880 Front Street, Room 6293, San Diego, California, 92101-8893. I am not a party to the above-entitled action.  I have caused service of  Government's Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**[No attorneys listed]**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2012.

s/ *Melanie K. Pierson*
MELANIE K. PIERSON
Assistant United States Attorney

Notice of Appearance
U.S. v. Martin Paul Bean, III                    3                    12-CR-03734-WQH